1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:20-CR-00032-WFN-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| HOMERO RUIZ-CALDERON, | **MOTION GRANTED** **(ECF No. 41)** |
| Defendant. | |

  Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 41**. Defendant recites in his motion that U.S. Probation does not oppose this request and the United States will defer to Probation and the Court.

  Specifically, Defendant requests permission to travel to Oregon to attend a family gathering.

  The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 41**, is **GRANTED**. Defendant is permitted to travel to Forest Grove, Oregon leaving August 14, 2020 and returning to the Eastern District of Washington on August 16, 2020. Prior to departure Defendant shall provide U.S. Probation the address where he will reside and a phone number where he can be contacted at any time.

  All other terms and conditions of pretrial release not inconsistent herewith

ORDER - 1

1 shall remain in full force and effect.

2 **IT IS SO ORDERED.**

3 DATED August 10, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2